ROBERT N. HEATH, Appellant, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

Submitted May 16, 1939; decided May 31, 1939.

*A. Michael Katz* and *Sigmund Metz* for appellant.

*Charles J. Nehrbas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.